# Court of Appeals
## Tenth Appellate District of Texas

10-25-00352-CV

In the Matter of D.N., a Child

On appeal from the
472nd District Court of Brazos County, Texas
Judge George J. Wise, presiding
Trial Court Cause No. 385-J-23

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

D.N. appealed the trial court's "Dispositional Order of Transfer to the Institutional Division of the Texas Department of Criminal Justice" signed on September 29, 2025. D.N. has filed a motion to voluntarily dismiss the appeal that was signed by D.N. and D.N.'s attorney. *See* TEX. R. APP. P. 42.2(a).

Accordingly, D.N.'s motion to voluntarily dismiss the appeal is granted, and this appeal is dismissed. *Id.*

STEVE SMITH
Justice

OPINION DELIVERED and FILED:  October 23, 2025

Before Chief Justice Johnson,
        Justice Smith, and
        Justice Harris
Appeal dismissed
CV06

